IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEXANDER ROTHROCK**                                                                    **PLAINTIFF**

**v.**                                      **No. 4:12CV0133 KGB**

**MARGARET VELTE**                                                                         **DEFENDANT**

## ORDER

Pursuant to the parties' joint request, this case is removed from the Court's trial calendar for the week of May 6, 2013.

SO ORDERED this 18th day of April, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge