IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEXANDER ROTHROCK**                                                              **PLAINTIFF**

**v.**                              **No. 4:12CV0133 KGB**

**MARGARET VELTE**                                                                  **DEFENDANT**

## ORDER

On motion of plaintiff to dismiss this case with prejudice based on the parties' settlement (Dkt. No. 12), this case is hereby dismissed with prejudice.

SO ORDERED this 23rd day of April, 2013.

_____
Kristine G. Baker
United States District Judge